# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00180JMS-01 |
| CASE NAME: | United States of America vs. Ligi Klink |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Samuel P. King, Jr. |
| U. S. P. O.: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 2/8/2006 | TIME: | 9:40 - 9:50 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present with counsel Samuel King, Jr.

Allocution by the defendant.

Imprisonment 60 months.  Supervised Release 4 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.  If the defendant tests positive for the use of a controlled substance during supervision, defendant shall thereafter be

subject up to 15 valid drugs test per month during the terms of supervision.

Page 2
Criminal 05-00180JMS-01
U.S.A. vs. Ligi Klink
February 8, 2006

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

No fine imposed.

Special Monetary Assessment $100.

RECOMMENDATION:   Dublin.

That the defendant participate in educational and vocational training programs.

Defendants Oral Motion for Self Surrender GRANTED.

MITTIMUS:   Tuesday, April 4, 2006 at 2:00 p.m.

BAIL: Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.

Submitted by:   Dottie Miwa, Courtroom Manager